# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| SEAN SWAIN, | : |
| Plaintiff, | : Case No. 2: 23-cv-2809 |
| v. | : Judge Algenon L. Marbley |
| | : Magistrate Judge Chelsey M. Vascura |
| ANNETTE CHAMBERS-SMITH, *Director, Ohio Department of Rehabilitation and Corrections,* | : |
| Defendant. | : |

## ORDER

This matter is before this Court on the Magistrate Judge's Report and Recommendation ("R&R") that Plaintiff Sean Swain's claims against Defendant Anette Chambers-Smith, Director of the Ohio Department of Rehabilitation and Corrections ("ODRC"), be partially dismissed. (ECF No. 27). The Magistrate Judge issued the R&R on July 25, 2024, and advised Mr. Segovia that he had fourteen (14) days to raise any objections. (*Id.* at 13). The R&R also cautioned that failure to do so would waive Mr. Swain's right to *de novo* review. (*Id.*). No objections to the R&R have been filed, and the time for making any objections has passed.

Having reviewed the R&R, this Court finds the Magistrate Judge's analysis to be well-reasoned and thorough and **ADOPTS** the R&R in its entirety. (ECF No. 27). Mr. Swain may proceed on his official-capacity First Amendment claims to the extent those claims seek injunctive or declaratory relief, but his official-capacity claims for damages are hereby **DISMISSED**.

IT IS SO ORDERED.

DATED: October 4, 2024

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE