## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**SEAN SWAIN,**

      **Plaintiff,**

  v.                                     **Civil Action 2:23-cv-2809**
                                                **Judge Algenon L. Marbley**
**ANNETTE CHAMBERS-SMITH,**             **Magistrate Judge Chelsey M. Vascura**
*Director, Ohio Department of Rehabilitation*
*and Corrections*,

      **Defendant.**

## ORDER

This matter is before the Court on Plaintiff's Motion for Extension of Time to Complete Discovery. (ECF No. 50.) For good cause shown, Plaintiff's Motion is **GRANTED**. The discovery period is extended *for the limited purpose* of resolving the discovery disputes raised in Plaintiff's Renewed Motion to Compel Discovery (ECF No. 49) until **FEBRUARY 6, 2025**. The dispositive motions deadline is extended to **MARCH 6, 2025**.

This matter is also before the Court on Plaintiff's Motion for Deadline for Defendant to Pay Sanctions. (ECF No. 51.) For good cause shown, Plaintiff's Motion is **GRANTED**. Defendant shall pay Plaintiff $100.00 as ordered by the Court on December 3, 2024 (ECF No. 44), no later than **FEBRUARY 17, 2025**.

**IT IS SO ORDERED.**

                                                      /s/ *Chelsey M. Vascura*
                                                      CHELSEY M. VASCURA
                                                      UNITED STATES MAGISTRATE JUDGE