**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**SEAN SWAIN,**

      **Plaintiff,**

  v.                                        **Civil Action 2:23-cv-2809**
                                                  **Judge Algenon L. Marbley**
                                                  **Magistrate Judge Chelsey M. Vascura**

**ANNETTE CHAMBERS-SMITH,**
*Director, Ohio Department of Rehabilitation and Corrections*,

      **Defendant.**

**ORDER**

This matter is before the Court on Plaintiff's Motion for Leave for Instanter Filing of Plaintiff's Reply to his Motion for Summary Judgment. (ECF No. 68.) The Court has already granted Plaintiff's previous Motion for Extension of Time to File his Reply. (ECF No. 64.) Accordingly, Plaintiff's Motion for Leave is **DENIED AS MOOT**. (ECF No. 68.) The Clerk is **DIRECTED** to file on the docket Plaintiff's Reply in support of his Motion for Summary Judgment, attached to the Motion for Leave at ECF No. 68-1.

    **IT IS SO ORDERED.**

                                                                   /s/ *Chelsey M. Vascura*
                                                                   CHELSEY M. VASCURA
                                                                   UNITED STATES MAGISTRATE JUDGE