UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SEAN SWAIN,

      **Plaintiff,**

  v.                                Civil Action 2:23-cv-2809
                                    Judge Algenon L. Marbley
                                    Magistrate Judge Chelsey M. Vascura

**ANNETTE CHAMBERS-SMITH,**
*Director, Ohio Department of Rehabilitation and Corrections*,

      **Defendant.**

## ORDER

This case saw a flurry of filings on February 28, 2025, some of which were not seen by the undersigned prior to issuing an Order that afternoon. For clarity, although Plaintiff has already filed a Response to Defendant's Motion for Summary Judgment (ECF No. 73) on February 28, 2025, he may supplement that Response with any additional relevant information learned from Defendant's forthcoming email production by the May 16, 2025 deadline set forth in the Court's Order (ECF No. 74).

Further, although the Court has already ruled on Plaintiff's Motion to Compel (ECF Nos. 49, 74), the undersigned finds it appropriate to have the email related to that motion placed on the docket. Accordingly, Plaintiff's Motion for Leave to Present Exhibit in support of Plaintiff's renewed Motion to Compel (ECF No. 72) is **GRANTED**. The Clerk is **DIRECTED** to file on the docket Plaintiff's Exhibit 1 to his Renewed Motion to Compel, attached to his Motion at ECF no. 72-1.

      **IT IS SO ORDERED.**

                                              /s/ *Chelsey M. Vascura*
                                              CHELSEY M. VASCURA
                                              UNITED STATES MAGISTRATE JUDGE